# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

127968
(43)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RYAN R. HELVIE,
      Plaintiff-Appellee,

v

                                  SC: 127968
                                  COA: 250417
                                  Ct of Claims: 01-018144-CM

JEFF P. HIDDEMA,
      Defendant,

and

DEPARTMENT OF NATURAL
RESOURCES,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's order of October 20, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

l0221